NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUVERA IP PTY LTD.,**
*Plaintiff-Appellant*

**v.**

**SPOTIFY USA INC.,**
*Defendant-Appellee*

---

2023-1493

---

Appeal from the United States District Court for the Southern District of New York in No. 1:21-cv-04544-JMF, Judge Jesse M. Furman.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn LLC, Chicago, IL, argued for plaintiff-appellant.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for defendant-appellee.  Also represented by KYLE W.K. MOONEY, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2024
Date

Jarrett B. Perlow
Clerk of Court